IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| VICTORIA RODRIGUEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 2:07cv1238 |
| vs. | ) | Electronic Filing |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 31st day of May, 2008, after the plaintiff, Victoria Rodriguez, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing her claim for a period of disability or for disability insurance benefits under the Social Security Act, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (Docket No. 10) is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment (Docket No. 15) is granted and the decision of the Social Security Commissioner is affirmed.

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

E. David Harr, Esquire
203 South Main Street
Greensburg, PA 15601

Jessica Smolar, AUSA
United States Attorney's Office
Suite 4000
United States Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219